**No. 54853.**—C. J. Tower & Sons *v.* United States, protest 144607–K (Buffalo).

Opinion by Mollison, J.  In accordance with stipulation of counsel that the merchandise consists of travertine stone similar in all material respects to that the subject of Abstract 53963, the claim of the plaintiff was sustained.